**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **W. BRAND BOBOSKY**, and ) | |
| **WE NOT ME, LTD**. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 2:09-cv-302-TJW |
| **ADIDAS AG d/b/a THE ADIDAS** ) | |
| **GROUP**, **ADIDAS AMERICA, INC.**, ) | |
| **180LA, LLC, NBA PROPERTIES, INC.**, ) | |
| **NBA MEDIA VENTURES, LLC**, ) | |
| **BANNER SEVENTEEN LLC d/b/a** ) | |
| **THE BOSTON CELTICS**, and ) | |
| **KEVIN GARNETT**, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The parties respectfully request the Court enter the attached proposed Protective Order

agreed upon by the parties.


Dated:  February 19, 2010                Respectfully submitted,


                                         */s/ Michael E. Jones*
                                         Michael E. Jones
                                         State Bar No. 10929400
                                         mikejones@potterminton.com
                                         Potter Minton, P.C.
                                         110 N. College Ave., Ste. 500
                                         Tyler, Texas  75702
                                         903-597-8311
                                         903-593-0846 Fax


1

David K Friedland
dkfriedland@lfiplaw.com
Jaime Rich Vining
jrvining@lfiplaw.com
Lott & Friedland
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
305-448-7089
305-446-6191 Fax

**ATTORNEYS FOR DEFENDANTS ADIDAS AG, ADIDAS AMERICA, INC., NBA PROPERTIES, INC., NBA STORE, INC., KEVIN GARNETT, NBA MEDIA VENTURES LLC, 180LA, LLC, AND BANNER SEVENTEEN LLC**


*/s/ Stephen Woodrow Drinnon*
*(with permission by Michael E. Jones)*
Stephen Woodrow Drinnon
stephen@drinnonlaw.com
The Drinnon Law Firm
1700 Pacific Avenue, Suite 2230
Dallas, TX 75201
972-445-6080
972-445-6089 Fax

**ATTORNEYS FOR PLAINTIFFS W. BRAND BOBOSKY AND WE NOT ME, LTD.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 19, 2010. Any other counsel of record will be served by facsimile transmission and first class mail on this same date.


*/s/ Michael E. Jones*
Michael E. Jones

2