Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

David K. Friedland, dkfriedland@lfiplaw.com
Jaime Rich Vining, jrvining@lfiplaw.com
LOTT & FRIEDLAND, P.A.
355 Alhambra Circle, Suite 1100
P.O. Drawer 141098
Coral Gables, FL 33144
Telephone:  305.448.7089
Facsimile:  305.446.6191

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **W. BRAND BOBOSKY** and **WE NOT ME, LTD.**,<br><br>           Plaintiffs,<br><br>      v.<br><br>**ADIDAS AG d/b/a THE ADIDAS GROUP, ADIDAS AMERICA, INC.**, **180LA, LLC**, **NBA PROPERTIES, INC.**, **NBA MEDIA VENTURES, LLC**, **BANNER SEVENTEEN LLC d/b/a THE BOSTON CELTICS**, and **KEVIN GARNETT**,<br><br>           Defendants. | No. CV10-630-PK<br><br>NOTICE OF APPEARANCE AND NOTICE OF WITHDRAWAL<br><br>By Defendants |

1-  NOTICE OF APPEARANCE AND NOTICE OF WITHDRAWAL

21184-0083/LEGAL18439743.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

PLEASE TAKE NOTICE that Perkins Coie LLP hereby appears in the above-captioned proceeding as local counsel for all of the Defendants, and requests that notice of all matters, and the filing of all documents herein, be served upon:

> Stephen M. Feldman, sfeldman@perkinscoie.com
> Perkins Coie LLP
> 1120 NW Couch Street, 10th Floor
> Portland, OR 97209
> Telephone:  503-727-2000
> Facsimile:  503-727-2222

In addition, service of all such notices and documents should continue to be made on lead counsel for the Defendants as follows:

> David K. Friedland, dkfriedland@lfiplaw.com
> Jaime Rich Vining, jrvining@lfiplaw.com
> Lott & Friedland, P.A.
> 355 Alhambra Circle, Suite 1100
> P.O. Drawer 141098
> Coral Gables, FL 33144
> Telephone:  305.448.7089
> Facsimile:  305.446.6191

This request for notice is in addition to, and not in lieu of, any notice to which the Defendants are otherwise entitled to receive in this proceeding.

PLEASE TAKE FURTHER NOTICE that the following attorneys hereby withdraw from any further representation of the Defendants in connection with this proceeding, and additionally request that they be removed from the Court's CM/ECF distribution list:

> Allen Franklin Gardner
> Michael E. Jones
> Potter Minton PC
> 110 N. College, Suite 500
> P.O. Box 359
> Tyler, TX 75710-0359
> Telephone:  903.597.8311
> Facsimile:  903.593.0846

2-  NOTICE OF APPEARANCE AND
    NOTICE OF WITHDRAWAL

21184-0083/LEGAL18439743.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  June 21, 2010

/s/ Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

David K. Friedland (*pro hac vice* pending)
Jaime Rich Vining (*pro hac vice* pending)
**LOTT & FRIEDLAND, P.A.**
355 Alhambra Circle, Suite 1100
P.O. Drawer 141098
Coral Gables, FL 33144
Telephone:  305.448.7089
Facsimile:  305.446.6191

Attorneys for Defendants

3- NOTICE OF APPEARANCE AND
NOTICE OF WITHDRAWAL

21184-0083/LEGAL18439743.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222