IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **W. BRAND BOBOSKY,** and **WE NOT ME, LTD.**, | Civil No. 10-630-PK |
| Plaintiffs, | O R D E R |
| v. | |
| **ADIDAS AG d/b/a THE ADIDAS GROUP, ADIDAS AMERICA, INC., 180LA, LLC, NBA PROPERTIES, INC., NBA MEDIA VENTURES, LLC, BANNER SEVENTEEN LLC d/b/a THE BOSTON CELTICS, and KEVIN GARNET**, | |
| Defendants. | |

_____

Kenneth R. Davis II
Parna A. Mahrbani
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon  97204-3158

Page 1 - ORDER

Stephen W. Drinnon
The Drinnon Law Firm, PLLC
1700 Pacific Avenue, Suite 2230
Dallas, Texas  75201

     Attorneys for Plaintiffs

Stephen M. Feldman
Perkins Coie LLP
1120 NW Couch Street, Tenth Floor
Portland, Oregon  97209-4128

David K. Friedland
Jaime Rich Vining
Lott & Friedland, P.A.
355 Alhambra Circle, Suite 1100
P. O. Drawer 141098
Coral Gables, Florida  33144

     Attorneys for Defendants


KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and

Recommendation on October 8, 2010.  Defendants filed timely objections to the Findings and

Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation

concerning a dispositive motion or prisoner petition, the district court must make a de novo

determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ.

P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309,

1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo

review of the rulings of Magistrate Judge Papak.


Page 2 - ORDER

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak (#81) dated October 8, 2010 in its entirety.

IT IS HEREBY ORDERED that defendants' motions to dismiss (#20, #35, #67) are granted as to plaintiffs' declaratory judgment claim and denied as to plaintiffs' remaining claims. Plaintiffs may file a Third Amended Complaint stating facts as to their declaratory judgment claim.  Plaintiffs' motion to dismiss or transfer venue (#69) is denied.

DATED this ___18th___ day of November, 2010.


_/s/ Garr M. King_____
                    GARR M. KING
                    United States District Judge